UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-60233-CIV-GOLD/MCALILEY

MOHAMED AYARI, on his own
behalf and others similarly situated,

    Plaintiff,

v.

RJ FOOD MART, INC. and JAMAL
OWEISI,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS [DE 37] ON PLAINTIFF'S MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND FOR ENTRY OF FINAL DEFAULT JUDGMENT [DE 34]

THIS CAUSE is before the Court on Plaintiff's Motion for Enforcement of the Settlement Agreement and for Entry of Final Default Judgment **[DE 34]**, which matter was previously referred to Magistrate Judge Chris McAliley for report and recommendation. On January 28, 2010, Judge McAliley issued a report and recommendation on the Motion **[DE 37]**. Having reviewed the record in conjunction with the thorough and well-reasoned report and recommendation and recognizing that Defendants did not object, I hereby affirm and adopt the report and recommendation. Accordingly, it is hereby

    ORDERED AND ADJUDGED:

1. By this Order, pursuant to Fed. R. Civ. P. Rule 60(a), my Order dated July 17, 2009 **[DE 33]** is hereby AMENDED to reflect this Court's intention to retain jurisdiction to enforce the settlement agreement.

2. Plaintiff's Motion for Enforcement of the Settlement Agreement and For Entry of Final Default Judgment is GRANTED IN PART.

3. On or before **Friday, March 5, 2010 at 12:00 p.m.**, Plaintiff shall submit a supplemental affidavit stating the current unpaid balance due on the settlement agreement, including prejudgment interest to date at the rate of 8% per year (equal to .0002192 per day) from September 1, 2009 to the date of the filing of the affidavit [*See* DE 37, pp. 5-7].

4. On or before **Friday, March 5, 2010 at 12:00 p.m.**, Plaintiff shall file a proposed Final Judgment including the current unpaid balance due on the settlement agreement, plus the amount of prejudgment interest due, and attorneys' fees and costs in the amount of $2,275.00 in accordance with Judge McAliley's Report and Recommendation [*See* DE p. 9]. Final Judgment Against each Defendant, jointly and severally, shall issue forthwith.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of March, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
Magistrate Judge Chris McAliley
All counsel of record